The Honorable Christopher M. Alston<br>Chapter 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

JESSICA McCOLL NEILSON,

        Debtor.

No. 18-14235- CMA

Chapter 13

DECLARATION OF JESSICA McCOLL NEILSON IN SUPPORT OF AMENDMENT TO SCHEDULE AND STATEMENT OF FINANCIAL AFFAIRS

I, Jessica McColl Neilson, declare as follows:

1. I have personal knowledge of the facts stated in this declaration, and I am competent and willing to testify to the truth therof if called upon to do so.

2. I am the Chapter 13 debtor in this bankruptcy case.

3. I have done this amendment to my bankruptcy schedules, A/B and the Statement of Financial Affairs. The following change was made to my personal property:

| Schedule B – Personal Property | Value |
| --- | --- |
| 17.1. Key Bank – Checking Account | $4,803.62 |

4. Additionally, an amendment was made to the Statement of Financial Affairs as follows:

| Statement of Financial Affairs | Describe Insurance Loss | Value |
| --- | --- | --- |
| 15. Losses – The water line that goes to the refrigerator failed and flooded the debtor's kitchen. | A claim was made on homeowner's Insurance for the repairs. There was also a $2000 deductible for the work | $7,969.65 |

DECLARATION OF JESSICA MCCOLL NEILSON IN SUPPORT
OF SECOND AMENDMENT TO SCHEDULES - 1

HENRY & DEGRAAFF, P.S.
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595

Case 18-14235-CMA    Doc 19    Filed 12/19/18    Ent. 12/19/18 11:30:35    Pg. 1 of 2

| | with an estimate of $7,969.65. The work has been done and the debtor is waiting for billing from Max Care who did the repairs. | |

This declaration is made under penalty of perjury under the laws of the State of Washington this 19th of December 2018 at Seattle, WA.

*Jessica McColl Neilson* (signature)
Jessica McColl Neilson

DECLARATION OF JESSICA MCCOLL NEILSON IN SUPPORT
OF SECOND AMENDMENT TO SCHEDULES - 2

HENRY & DEGRAAFF, P.S.
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595

Case 18-14235-CMA    Doc 19    Filed 12/19/18    Ent. 12/19/18 11:30:35    Pg. 2 of 2