Judge: Christopher M. Alston
Chapter: 13
Hearing Date: January 10, 2019
Hearing Time: 9:30 am
Hearing Location: Judge Alston's Courtroom
700 Stewart St #7206
Seattle, WA 98101-8101

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

JESSICA MCCOLL NEILSON,

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 18-14235

TRUSTEE'S OBJECTION TO CONFIRMATION

The Trustee objects to confirmation of the debtor's plan, filed December 19, 2018 (ECF No. 22) as follows:

The debtor has failed to make plan payments and is delinquent $1,181.50.

The debtor's case was filed on October 31, 2018 (ECF No. 1). 1) The above delinquency includes the December 2018 plan payment, which is due by December 31, 2018. The debtor is delinquent on plan payments, but a wage deduction is now in effect. Provided that the debtor does not become any further delinquent on her plan payments, this may not be an issue. 2) Based on the Attorney Disclosure Statement (ECF No. 11), the debtor paid $2,100.00 prior to filing for attorney's fees. The debtor's amended plan (ECF No. 22) references that the debtor paid $2,000.00 prior to filing for attorney's fees. The debtor needs to amend the plan and/or the Attorney Disclosure Statement for consistency regarding the amount paid by the debtor pre-filing for attorney's fees. The Trustee reserves the right to assert additional bases for this Objection.

THE TRUSTEE REQUESTS:

That the Court enter an order denying confirmation of the debtor's plan, and setting deadlines for filing and noting a feasible amended plan.

TRUSTEE'S OBJECTION TO CONFIRMATION - 1

Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

Case 18-14235-CMA    Doc 24    Filed 12/28/18    Ent. 12/28/18 14:59:58    Pg. 1 of 2

Dated: December 28, 2018

/s/ Jason Wilson-Aguilar
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION - 2

Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

Case 18-14235-CMA    Doc 24    Filed 12/28/18    Ent. 12/28/18 14:59:58    Pg. 32 of 2