UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>JESSICA MCCOLL NEILSON,<br><br>Debtor. | Case No. 18-14235<br><br>Chapter: 13<br><br>REPLY TO TRUSTEE'S OBJECTION TO CONFIRMATION |

COMES NOW, Jessica McColl Neilson, the Chapter 13 the Debtor in the above referenced matter, ("Debtor"), by and through her attorney, Christina L. Henry of Henry & DeGraaff, P.S. and replies to the Trustee's objection to Chapter 13 Plan.

The Debtor has reviewed her payment records with her attorney and has filed an Amended Attorney Disclosure Statement (ECF No. 25) and 2nd Amended SOFA (ECF No. 26) correcting clarifying that the Debtor paid only $2000.00 in attorney's fees prior to the bankruptcy filing. Additionally, the Debtor paid the first plan payment directly for November 2018 to the Chapter 13 Trustee in the amount of $2,363.00 and the first wage deduction in the amount of $1,181.50 was received by the Chapter 13 Trustee on December 20, 2018. The Debtor is a teacher at Highline College and wage deductions will continue semi monthly for the remainder of the plan.

WHEREFORE, the Debtor requests that the court deny the Trustee's objection to confirmation and confirm the existing plan.

RESPONSE TO TRUSTEE'S OBJECTION TO CONFIRMATION - 1

HENRY & DEGRAAFF, P.S.
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

Case 18-14235-CMA    Doc 27    Filed 12/31/18    Ent. 12/31/18 12:17:05    Pg. 1 of 2

DATED this December 31, 2018.

HENRY & DEGRAAFF, P.S.

By: */s/ Christina L. Henry*
Christina L. Henry, WSBA #31273
Attorney for the Debtor

RESPONSE TO TRUSTEE'S OBJECTION TO CONFIRMATION - 2

HENRY & DEGRAAFF, P.S.
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

Case 18-14235-CMA    Doc 27    Filed 12/31/18    Ent. 12/31/18 12:17:05    Pg. 2 of 2