Judge: Christopher M. Alston
Chapter: 13

United States Bankruptcy Court
Western District of Washington at Seattle

In RE:                                                          Chapter 13 Case # 18-14235

Jessica Mccoll Neilson
33011 36Th Ave Sw
Federal Way,Wa 98023

    Debtor(s)

## Chapter 13 Trustee's Report of Filed Claims
June 14, 2019

The office of the Chapter 13 Trustee reports that both the governmental and non-governmental bar dates have expired in the above-encaptioned case. The Trustee's staff has examined the schedules of debts filed in this case as well as the records of the Clerk of the United States Bankruptcy Court. Based upon that examination, the Trustee's office submits the following report of the names and addresses of the creditors who have timely filed a proof of claim in this case, together with the amount set forth on each such claim.

Jason Wilson-Aguilar
Chapter 13 Trustee

Chapter 13 Case No. 18-14235

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| American Infosource Lp<br>Po Box 71083<br>Charlotte,NC 28272 | $4,787.49<br>Clm#: 4<br>Level: 40 | U - Unsecured<br><br>Comm: Capital One Bank USA NA<br>Acct # 6782 |
| Boeing Employee Cr Union<br>Bankruptcy Management<br>Ms1056-1<br>Po Box 97050<br>Seattle,WA 98124 | $1,140.48<br>Clm#: 19<br>Level: 40<br>EFT Pmts | U - Unsecured<br><br>Comm: Line of Credit<br>Acct # 6322 / 319473 |
| Boeing Employee Cr Union<br>Bankruptcy Management<br>Ms1056-1<br>Po Box 97050<br>Seattle,WA 98124 | $11,252.54<br>Clm#: 3<br>Level: 40<br>EFT Pmts | U - Unsecured<br><br>Comm: Visa<br>Acct # 1619 / 323241 |
| Clerk Of Bankruptcy Court<br>Finance Dept. Us Court House<br>700 Stewart St, 6Th Flr #6301<br>Seattle,WA 98101 | $0.00<br>Clm#: 0<br>Level: 1<br>200000 | Filing Fee<br><br>Comm:<br>Acct # |
| Flagship Credit Acceptance<br>Po Box 975658<br>Dallas,TX 75397 | $9,541.63<br>Clm#: 6<br>Level: 10 | 2 - 910 Vehicle<br>@ $226.00 Per Month<br>Comm: SD 11-18/15 Corolla/APP 226.00<br>Acct # 9424/K=226.35 KI=16.24%/Survive |

| Creditor | Amount / Claim | Description |
|---|---|---|
| Pnc Bank Na<br>Attn: Payment Services<br>3232 Newmark Dr<br>Miamisburg,OH 45342 | $5,377.41<br>Clm#: 21<br>Level: 14 | ) - Post Petition Mortgage Delq<br><br>Comm: 11-18~1-19 (3 post pet pmts)<br>Acct # 0900 |
| Pnc Bank Na<br>Attn: Payment Services<br>3232 Newmark Dr<br>Miamisburg,OH 45342 | $900.00<br>Clm#: 22<br>Level: 31 | ) - Post Petition Mortgage Delq<br><br>Comm: post pet fees 11-21-18 ~12-14-18 $9<br>Acct # 0900 |
| Pnc Bank Na<br>Attn: Payment Services<br>3232 Newmark Dr<br>Miamisburg,OH 45342 | $0.00<br>Clm#: 11<br>Level: 10 | Continuing Debt<br>@ $1,792.47 Per Month<br>Comm: SD 2-19/33011 36th Ave SW<br>Acct # 0900/DOT 10-16 |
| Pnc Bank Na<br>Attn: Payment Services<br>3232 Newmark Dr<br>Miamisburg,OH 45342 | $2,280.00<br>Clm#: 18<br>Level: 17 | D - 1St Mortgage Delinquency<br>@ $100.00 Per Month<br>Comm: Dlq~10-18<br>Acct # 0900 |
| Resurgent Capital Services<br>Po Box 10587<br>Greenville,SC 29603 | $694.92<br>Clm#: 5<br>Level: 40 | U - Unsecured<br><br>Comm: Credit One Bank<br>Acct # 6445 |
| Resurgent Capital Services<br>Po Box 10587<br>Greenville,SC 29603 | $5,415.17<br>Clm#: 7<br>Level: 40 | U - Unsecured<br><br>Comm: LVNV Funding (LendingClub)<br>Acct # 8602 |
| Weinstein And Riley Ps<br>Po Box 3978<br>Seattle,WA 98124 | $1,500.00<br>Clm#: 12<br>Level: 40 | U - Unsecured<br><br>Comm: Synchrony Bank (Paypal)<br>Acct # 9629 |

**Total Claimed Amount:   $42,889.64**

To Debtor:

Shown above is a report of your creditors' names and addresses, and the amounts of their claims. The above figures do not reflect any payments and may not be the current balances. They are the ORIGINAL amounts shown on the proofs of claim filed by your creditors. This list is not an audit and does not include the Trustee's administrative charges, although it does include your attorney's fees, if any, paid through the plan.

Please check this report carefully. If you dispute any amounts claimed by your creditors you must contact your attorney. A copy of this report has been forwarded to your attorney.

Objections to claims in chapter 13 cases must be filed and served no later than 270 days from the petition date, unless good cause is shown. Local Bankruptcy Rule 3007-1(b). Objections to claims shall be filed and served at least 30 days preceding the date fixed for hearing. Local Bankruptcy Rule 9013-1(d)(2)(C). See also Federal Rule of Bankruptcy Procedure 3007.

The Trustee distributes funds pursuant to the plan. Therefore, disputed claims and untimely claims may receive disbursements until a written objection is filed. Whether a claim is filed timely or late, it is allowed unless a party in interest objects. 11 U.S.C. § 502(a); In re Smith, No. 09-43823, 2010 WL 5018379, at * 2 - 3 (Bankr. W.D. Wa. Dec. 3, 2010). In addition, in the absence of an objection, even an untimely proof of claim is entitled to payment through the plan in the same manner as other claims of its class. Smith, 2010 WL 5018379, at *3.

You must contact your attorney immediately if you have questions or concerns.

The claim numbers assigned by this office are not the official claim numbers. Please refer to the claim numbers displayed on CM/ECF when filing documents in this case and do not refer to the claim number displayed by this office.

June 14, 2019

CC: Henry & Degraaff, P.S.
787 Maynard Ave S
Seattle, WA 98104

Jason Wilson-Aguilar, Trustee
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
www.seattlech13.com
Phone: (206) 624-5124
Fax: (206) 624-5282