Entered on Docket September 13, 2021

**Below is the Order of the Court.**



**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

___

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Jessica McColl Neilson,

Debtors.

Case No. 18-14235-CMA

Chapter: 13

ORDER APPROVING MODIFICATION OF PLAN

THIS MATTER came before the Court on the Debtor(s) motion for post-confirmation approval of the amended plan ("Motion"). The Court has considered the Motion, the records and files in this case, and the oral argument, if any, and found good cause to grant the Motion. Now, therefore, it is ORDERED that

1. The amended plan [Docket No. 47] ("Amended Plan") shall become the plan, pursuant to 11 U.S.C. § 1329(b) and (d).

2. The terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extent such terms are inconsistent with the Amended Plan.

/// End of Order ///

Presented by:

 /s/ *Jacob D. DeGraaff*
Jacob D. DeGraaff, WSBA #36713
 Attorney for Debtor

ORDER APPROVING MODIFICATION OF PLAN

HENRY & DEGRAAFF, P.S.
119 FIRST AVE S., SUITE 500
SEATTLE, WA 98109
telephone (206) 330-0595
fax (206) 400-7609

Case 18-14235-CMA    Doc 55    Filed 09/13/21    Ent. 09/13/21 11:07:16    Pg. 1 of 1