**Fill in this information to identify the case:**

Debtor 1    Jessica McColl Neilson

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Washington

Case number   18-14235      CMA

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC Bank, N.A.

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 0 9 0 0

**Date of payment change:**
Must be at least 21 days after date of this notice    11/01/2020

**New total payment:**    $ 1,823.21
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ 513.80     **New escrow payment:** $ 550.83

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** _____ %     **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

| Debtor 1 | Jessica McColl Neilson | | Case number (*if known*) 18-14235 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Jodi Porter
Signature

Date  09/17/2020

Print: **Jodi Porter**
First Name  Middle Name  Last Name

Title  **Bankruptcy Specialist**

Company  **PNC Bank, N.A.**

Address  **3232 Newmark Drive**
Number  Street

**Miamisburg**  **OH**  **45342**
City  State  ZIP Code

Contact phone  **866-754-0659**

Email  **bankruptcy@pnc.com**


**PNC BANK**

JESSICA NEILSON
33011 36TH AVE SW
FEDERAL WAY WA 98023-2615

LOAN NUMBER:
PREPARED: September 10, 2020

**CUSTOMER SERVICE 1-800-822-5626**

pnc.com/homehq

## Your Escrow Summary

Real Estate Settlement Procedures Act (RESPA) guidelines require us to provide you with an Annual Escrow Analysis Statement which includes all of your escrow disbursements from the previous year, as well as your estimated escrow disbursements for the upcoming year. All of the information that is provided on your enclosed annual escrow analysis statement is regulated by RESPA and cannot be changed. In an effort to simplify the escrow account information and monthly payment information that is calculated on the original document, we have also included this summary which will provide you with a quick snapshot of your actual escrow analysis statement. Please note that increases or decreases in your property taxes and/or insurance premiums will result in a change in your monthly payment amount, and may result in an escrow shortage or surplus.

|  | **New Monthly Payment** | **Current Monthly Payment** |
|---|---|---|
| Payment Effective Date | November, 2020 | November, 2019 |
| **Payment Amount** | $1,823.21 | $1,786.18 |
| **Monthly Payment Breakdown** | **New Monthly Payment** | **Current Monthly Payment** |
| Principal & Interest | $1,272.38 | $1,272.38 |
| Escrow Items | $534.27 | $513.80 |
| **Escrow Surplus/Shortage Amount** | $16.56 | $0.00 |
| **Total Monthly Payment** | $1,823.21 | $1,786.18 |
| **Monthly Escrow Collection Amount** | **New Monthly Collection Amount** | **Current Monthly Collection Amount** |
| Monthly Tax Amount | $325.18 | $300.57 |
| Monthly Insurance Amount | $69.59 | $73.73 |
| Monthly MIP/PMI Amount | $139.50 | $139.50 |
| **Monthly Surplus/Shortage Amount** | $16.56 | $0.00 |
| **Total Monthly Escrow Amount** | $550.83 | $513.80 |
| **Annual Escrow Collection Amount** | **New Annual Collection Amount** | **Current Annual Collection Amount** |
| Annual Tax Amount | $3,902.20 | $3,606.88 |
| Annual Insurance Amount | $835.11 | $884.79 |
| Annual MIP/PMI Amount | $1,674.00 | $1,674.00 |
| **Total Annual Escrow Collection Amount** | $6,411.31 | $6,165.67 |

**Please see reverse for more information and Frequently Asked Questions about escrow analysis.**

# Frequently Asked Questions

*Why did my payment change?*
An increase or decrease in your payment may be a result of an increase or decrease in your property taxes and / or insurance premiums and may result in an escrow shortage or surplus. An increase or decrease in your taxes may be due to a property reassessment, a change in the tax rate, a change in an exemption or a special assessment. An increase or decrease in your hazard insurance premium may be caused by a change in / or amount of your insurance coverage, or an increase in your insurance rate.

*Can my mortgage company provide me with information concerning why there were changes in my tax payments, special assessments, or insurance premiums?*
We apologize but your mortgage company does not have information as to why your taxes insurance or special assessments have changed. Please contact your local tax office or your insurance agent for further assistance.

*What should I do if I receive a tax bill?*
If you have an escrow account for taxes and the bill is for the current taxes due, we will obtain the tax bills from the tax collector. If you have an escrow account for taxes and the tax bill is for delinquent taxes due, please call us at 1-800-822-5626. If it is necessary to send a copy of your tax bill to us, please include your loan number and forward it to:

PNC Bank
Attn: Tax Department-B6-YM13-01-7
P.O. Box 1804
Dayton, OH 45401-1804

- PA, CA, VA, MD, NJ, ID, IA, ME, and CT Customers: Supplemental or special / additional assessment tax is not escrowed. You will be responsible for paying these bills.

*What should I do if I receive an insurance renewal notice and a bill requesting payment?*
If you have an escrow account for insurance, please forward a copy of your bill with your loan number to:

PNC Bank, National Association
ISOA ATIMA
P.O. Box 7433
Springfield, OH 45501
888-229-5429

*If there is a shortage in my escrow account, what should I do?*
You may pay the shortage in your escrow account using the coupon attached to the escrow analysis. Upon receipt of the payment of the shortage, we will adjust your payment to reflect the lower payment amount. If you choose not to pay the shortage, the shortage will be spread over the next 12 months, interest free. In either case, your payment will be adjusted to reflect the new amount. If you currently use a coupon book for remitting your payment, a new book will be sent to you within 20 days of the original escrow analysis.

*My payment is deducted from my checking account each month, if my payment changed do I need to do anything to adjust the payment amount currently being deducted?*
If your payment is deducted from your checking account each month, the new payment amount will automatically be deducted from your account.

*For future reference, please note the following methods available for you to contact us:*

| Website / Online Loan Information | Voice Connect / Customer Service |
|---|---|
| Account Access 24 hours a day – 7 days a week | Convenient • Toll-Free • Easy-To-Use |
| pnc.com/homehq | 1-800-822-5626 |

*Mailing Addresses:*

| Customer Service Inquiries | Overnight / Express Mail Payments |
|---|---|
| PNC Bank | PNC Bank |
| Attn: Customer Service Research | Attn: Payment Processing |
| B6-YM07-01-7 | 20500 Belshaw Ave. |
| P.O. Box 1820 | Carson, CA 90746-3506 |
| Dayton, OH 45401-1820 | |

PNC Bank, a division of PNC Bank, National Association

 P.O. Box 1820  
Dayton, Ohio 45401-1820  
Website: pnc.com/homehq  
Customer Service 1-800-822-5626

**ESCROW ACCOUNT**  
**DISCLOSURE STATEMENT**

LOAN NUMBER:   
DATE: September 10, 2020

PROPERTY ADDRESS:  
33011 36TH AVE SW  
FEDERAL WAY, WA 98023

JESSICA NEILSON  
33011 36TH AVE SW  
FEDERAL WAY WA 98023-2615

| CURRENT MONTHLY MORTGAGE PAYMENT | |
|---|---:|
| Principal & Interest | 1,272.38 |
| Escrow | 513.80 |
| Total Payment | 1,786.18 |

| NEW PAYMENT INFORMATION | |
|---|---:|
| Principal & Interest | 1,272.38 |
| Escrow | 534.27 |
| Prorated Escrow Shortage | 16.56 |
| **Total Payment** | **1,823.21** |
| **New Payment Effective Date** | **11/01/20** |

### COMING YEAR ESCROW PROJECTION

This statement provides a detailed summary of activity related to your escrow account. PNC Bank maintains your escrow account to pay such items as property taxes, insurance premiums, and mortgage insurance.

This section lists a 12-month running escrow balance to determine the appropriate target balance and to determine if a shortage or surplus exists. This is a projection of the anticipated activity in your escrow account for the coming 12 months.

| ANTICIPATED ESCROW DISBURSEMENT | |
|---|---:|
| MORTGAGE INS | $1,674.00 |
| COUNTY TAX | $3,902.20 |
| HAZARD INS | $835.11 |
| TOTAL DISBURSEMENTS | $6,411.31 |
| DIVIDED BY 12 MONTHS | |
| MONTHLY ESCROW DEPOSIT | $534.27 |

| CALCULATION OF ESCROW ADJUSTMENT | |
|---|---:|
| BEGINNING PROJECTED BALANCE | $521.07 |
| BEGINNING REQUIRED BALANCE | $789.61 |
| ESCROW SHORTAGE | **$198.73** |

**The required minimum balance allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless your mortgage document or state law specifies a lower amount.**

| MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---:|---|---:|---:|---:|
| | | BEGINNING BALANCE | | 521.07 | 789.61 |
| November | 534.27 | PMI | 139.50 | 915.84 | 1,184.38 |
| December | 534.27 | PMI | 139.50 | 1,310.61 | 1,579.15 |
| January | 534.27 | PMI | 139.50 | 1,705.38 | 1,973.92 |
| February | 534.27 | PMI | 139.50 | 2,100.15 | 2,368.69 |
| March | 534.27 | PMI | 139.50 | 2,494.92 | 2,763.46 |
| April | 534.27 | PMI | 139.50 | 2,889.69 | 3,158.23 |
| April | | COUNTY TAX | 1,951.10 | 938.59 | 1,207.13 |
| May | 534.27 | PMI | 139.50 | 1,333.36 | 1,601.90 |
| June | 534.27 | PMI | 139.50 | 1,728.13 | 1,996.67 |
| July | 534.27 | PMI | 139.50 | 2,122.90 | 2,391.44 |
| August | 534.27 | PMI | 139.50 | 2,517.67 | 2,786.21 |
| September | 534.27 | PMI | 139.50 | 2,912.44 | 3,180.98 |
| October | 534.27 | PMI | 139.50 | 3,307.21 | 3,575.75 |
| October | | COUNTY TAX | 1,951.10 | 1,356.11 | 1,624.65 |
| October | | HAZARD INS | 835.11 | 521.00 * | 789.54 ** |

(Continued on the following page)

**MORE INFORMATION ON REVERSE SIDE**

### IMPORTANT MESSAGES

Make your check, money order or cashier's check payable to PNC Bank. All Payments must be funds from a U.S. Bank Account and are subject to PNC's acceptance. **Do NOT send cash by mail.**

We understand that you have filed for bankruptcy and have not yet received a discharge. None of the information requested in this statement will be used for the collection of any debts or for purposes prohibited by the Bankruptcy Code or other applicable Federal or state law.

---

**INTERNET REPRINT**  
**ESCROW SHORTAGE COUPON**



Customer Name: JESSICA NEILSON

PNC BANK  
PO BOX 54828  
LOS ANGELES CA 90054-0828

Account Number: [redacted]   Shortage Amount: $198.73

If you wish to pay the shortage amount in full, please mail a check for the shortage amount, along with this coupon, in the envelope provided. When paying your escrow shortage, please do not make your payment via electronic on-line banking, as it will not be applied directly to escrow. Payment should be remitted no later than 15 business days after receipt of this notification. Your new monthly mortgage payment will be reduced to $1,806.65 once you pay the shortage amount. **In order to avoid a delay in the processing of your payment, please DO NOT include your mortgage payment with the shortage payment.**

This is a copy of your escrow shortage coupon. If you cannot find your original statement, please contact Customer Service at 800-822-5626 to request a new statement or click the link above to pay your escrow shortage online. Please DO NOT print and mail a copy of this coupon with your payment, because it may cause a delay in the posting of your payment.

# ESCROW ACCOUNT DISCLOSURE STATEMENT

LOAN NUMBER: ███████  DATE: September 10, 2020

Your projected escrow balance as of 10/31/20 is $521.07. Your required beginning escrow balance, according to this analysis, should be $789.61. This means you have a shortage of $198.73. We have divided the shortage interest-free, over 12 months. If you choose to pay the shortage in full, then your new monthly mortgage payment will be reduced to $1,806.65.

Once during this analysis period, your required escrow balance should be reduced to a target balance of $789.54, as it does in October. Under Federal law, your target balance should not exceed an amount equal to two months of escrow payments for taxes and insurance, unless your mortgage document or state law specifies a lower amount.

## Projected Activity from the Previous Analysis

This is a projection of the activity for your escrow account from the Previous Analysis. This projection was based on the disbursements anticipated to be made from your escrow account. Compare this projection to the actual escrow activity in the Account History (summarized below).

The escrow payment in this projection may not equal the escrow payment in the Account History if an adjustment was made to collect a shortage or refund a surplus.

Adjustments to the payment and differences between the anticipated and actual disbursements may prevent the actual balance from reaching the projected low escrow balance.

| Date | Description | Payments | Disbursements | Balance |
|---|---|---|---|---|
|  | BEGINNING BALANCE |  |  | 748.67 |
| 11/19 | PMI | 513.80 | 139.50 | 1,122.97 |
| 12/19 | PMI | 513.80 | 139.50 | 1,497.27 |
| 01/20 | PMI | 513.80 | 139.50 | 1,871.57 |
| 02/20 | PMI | 513.80 | 139.50 | 2,245.87 |
| 03/20 | PMI | 513.80 | 139.50 | 2,620.17 |
| 04/20 | PMI | 513.80 | 139.50 | 2,994.47 |
| 04/20 | COUNTY TAX |  | 1,803.44 | 1,191.03 |
| 05/20 | PMI | 513.80 | 139.50 | 1,565.33 |
| 06/20 | PMI | 513.80 | 139.50 | 1,939.63 |
| 07/20 | PMI | 513.80 | 139.50 | 2,313.93 |
| 08/20 | PMI | 513.80 | 139.50 | 2,688.23 |
| 09/20 | PMI | 513.80 | 139.50 | 3,062.53 |
| 10/20 | PMI | 513.80 | 139.50 | 3,436.83 |
| 10/20 | COUNTY TAX |  | 1,803.44 | 1,633.39 |
| 10/20 | HAZARD INS |  | 884.79 | 748.60 ** |
| TOTAL |  | 6,165.60 | 6,165.67 |  |

## Account History

This is a statement of actual escrow account activity from September 2019 through October 2020. Compare it to the Projected Activity from the Previous Analysis which appears above the Account History.

Your total mortgage payment during the past year was $1,786.18 of which $1,272.38 was your Principal and Interest payment and $513.80 was your escrow payment.

| Date | Description | Payments | Disbursements | Balance |
|---|---|---|---|---|
|  | BEGINNING BALANCE |  |  | -793.49 |
| 09/19 | PMI |  | 139.50 | 994.06 |
| 09/19 | HAZARD INS |  | 884.79 | 109.27 |
| 10/19 | PMI | 1,040.18 | 139.50 | 1,009.95 |
| 10/19 | COUNTY TAX |  | 1,803.44 | -793.49 |
| 11/19 | PMI |  | 139.50 * | -932.99 |
| 12/19 |  | 520.09 | * | -412.90 |
| 12/19 | PMI |  | 139.50 * | -552.40 |
| 01/20 |  | 520.09 | * | -32.31 |
| 01/20 | PMI |  | 139.50 * | -171.81 |
| 02/20 |  | 1,033.89 | * | 862.08 |
| 02/20 | PMI |  | 139.50 * | 722.58 |
| 03/20 |  | 1,027.60 | * | 1,750.18 |
| 03/20 | PMI |  | 139.50 * | 1,610.68 |
| 04/20 | COUNTY TAX |  | 1,951.10 * | -340.42 |
| 04/20 | PMI |  | 139.50 * | -479.92 |
| 05/20 |  | 513.80 | * | 33.88 |
| 05/20 | PMI |  | 139.50 * | -105.62 |
| 06/20 |  | 513.80 | * | 408.18 |
| 06/20 | PMI |  | 139.50 * | 268.68 |
| 07/20 |  | 513.80 | * | 782.48 |
| 07/20 | PMI |  | 139.50 * | 642.98 |
| 08/20 |  | 513.80 | * | 1,156.78 |
| 08/20 | PMI |  | 139.50 * | 1,017.28 |
| 09/20 | PMI | 2,055.20 e | 139.50 e | 2,932.98 |
| 10/20 | PMI | 513.80 e | 139.50 e | 3,307.28 |
| 10/20 | COUNTY TAX |  | 1,951.10 *e | 1,356.18 |
| 10/20 | HAZARD INS |  | 835.11 *e | 521.07 |
| TOTAL |  | 8,766.05 | 9,378.54 |  |

* Indicates a difference from projected activity either in the amount or the date.



Loan Number:
Statement Date: 09/10/20

## Account Projections
(Continued)

| MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---|---|---|---|---|

\* The projected escrow balance at the low point.
\*\* The lowest balance the escrow account should attain during the projected period.
\*\* Required minimum escrow balance.
"e" Indicates estimates for future payments or disbursements.

If you have any questions about this analysis statement, please visit us at pnc.com/homehq to send us an email, write to us at PNC Bank; Attention: Customer Service Research; B6-YM07-01-7, PO Box 1820; Dayton, OH 45401 or call our Customer Service Department toll free number 1-800-822-5626.

# Disclosure required by the Federal Homeowners Protection Act of 1998
## Notice Concerning Private Mortgage Insurance

**If your loan closed prior to July 29, 1999:**

Your mortgage loan has Private Mortgage Insurance (PMI). PMI protects lenders and others against financial loss when borrowers default. Charges for the insurance are added to your loan payments. Under some circumstances you may be able to cancel PMI, either with the consent of the lender or in accordance with state law. For information about PMI cancellation, contact us toll free by phone or by a written request.

### Private Mortgage Insurance Disclosure

**If your loan closed on or after July 29, 1999 and is an owner occupied single family dwelling:**

Private Mortgage Insurance: Your mortgage loan requires Private Mortgage Insurance (PMI). PMI protects lenders and others against financial loss when borrowers default. Charges for the insurance are added to your loan payments. Under certain circumstances, federal law gives you the right to cancel PMI or requires that PMI automatically terminate. Cancellation or termination of PMI does not affect any obligation you have to maintain other types of insurance.

Borrower Requested Cancellation of PMI: You have the right to request that PMI be canceled on or after either of these dates: (1) the date the principal balance of your loan is first scheduled to reach 80% of the original value of the property or (2) the date the principal balance actually reached 80% of the original value of the property. PMI will only be canceled on these dates if (1) you submit a written request for cancellation; (2) you have a good payment history (see below for explanation); and (3) we receive at your expense and through an appraiser chosen by PNC Bank, evidence that the value of the property has not declined below its original value, and certification that there are no subordinate liens on the property. A "good payment history" means no payments 60 or more days past due within two years and no payments 30 or more days past due within one year of the cancellation date. "Original value" means the lesser of the contract sales price of the property or the appraised value of the property at the time the loan was closed. In order to determine if you are eligible for borrower requested cancellation of PMI, or to order an appraisal for PMI deletion, contact us toll free by phone or by a written request.

Automatic Termination of PMI: If you are current on your loan payments, PMI will automatically terminate on the date the principal balance of your loan is first scheduled to reach 78% of the original value of the property. Please note: This date is scheduled based off your original amortization schedule (if a fixed rate mortgage) or your current amortization schedule (if an adjustable rate mortgage) and **the date does not change due to principal balance reductions**. If you are not current on your loan payments as of that date, PMI will automatically terminate when you thereafter become current on your payments. In any event, PMI will not be required on your mortgage loan beyond the date that is the midpoint of the amortization period for the loan if you are current on your payments on that date.

**If your loan closed on or after July 29, 1999, and the property securing your mortgage loan was a vacation or second home, investment property, 2-4 family or other multifamily dwelling:**

The conditions for canceling Private Mortgage Insurance (PMI) for loans secured by vacation or second homes, investment properties, 2-4 family dwellings, or other multifamily dwellings are not covered under the Homeowners Protection Act and may be changed at any time (unless otherwise required by state law). To determine if you are eligible to cancel PMI on your loan or to obtain further information about PMI cancellation, please contact us by internet, toll free by phone, or by a written request.

**If your home is located in California:**

Additional accountings may be requested by the mortgagor, trustor, or vendee pursuant to Civil Code 2954. In addition, if you have Private Mortgage Insurance (PMI) on your loan, and if certain conditions are satisfied, you may be able to cancel the PMI coverage. Please contact us for additional information concerning your cancellation rights, if any. This notice satisfies the requirements of California Civil Code Section 2954.6. (Effective July 1, 2002, borrowers may be able to cancel the PMI based upon various factors, including appreciation of value of the property derived from a current appraisal performed by an appraiser selected by the lender or servicer and paid for by the borrower). For information about PMI cancellation, please contact us by internet, toll free by phone, or by a written request.

### Disclosure Required by Minnesota Statutes Section 47.207

If you currently pay private mortgage insurance premiums, you may have the right under federal law or Minnesota law to cancel the insurance and stop paying premiums. This would **reduce your total monthly payment.**

You may have the right to cancel private mortgage insurance if the principal balance of your loan is 80% or less of the current market value of your home. Under Minnesota law, the value of your property can be determined by a professional appraisal. You need to pay for this appraisal, but in most cases you will be able to recover this cost in less than a year if your mortgage insurance is canceled.

If you wish to learn whether you are eligible to cancel this insurance, please use our secure website, contact us toll free by phone or write to us.

---

How to contact us:


Call Customer Service at 1-800-822-5626, Monday-Thursday, 8:00 a.m. - 9:00 p.m. and Friday 8:00 a.m. - 5:00 p.m. ET.


Visit pnc.com/homehq and click Customer Service & Support to access account information, make payments and more - 24/7.


PNC Bank
P.O. Box 8736
ATTN: PMI Department - B6-YM13-01-5
Dayton, Ohio 45401-8736

UNITED STATES BANKRUPTCY COURT
Western District of Washington (Seattle)

| IN RE: Jessica McColl Neilson | Case No. 18-14235 |
| --- | --- |
| | Judge  Christopher M Alston |
| | Chapter  13 |

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

   I, the undersigned, hereby certify that, on 09/17/2020 , a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: Christina L Henry
Trustee: Jason Wilson-Aguilar
Office of the United States Trustee

   Further, I certify that, on 09/17/2020 , a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

Jessica McColl Neilson           33011 36th Ave SW
Federal Way, WA 98023

By: /s/ Jodi Porter
Jodi Porter
PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342
866-754-0659